Lynn Ann Hust
1502 N.E. 20th Avenue
Battle Ground, WA 98604
Phone #360-608-7439
lynnhust@officialhmusa.com
http://www.emccray.com

September 3, 2008

**Honorable Judge Ronald B. Leighton**

United States District Court for the Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

Case No.: 3:08-cv-05501-RBL

Subj: Notice To The Court of Plaintiff's Offer To Settle Early Reduce Costs

Dear Judge Leighton:

This letter informs the court that Plaintiff has extended to counsel for each Defendant having appeared in this civil rights action an offer to settle early this matter and avoid unnecessary costs of discovery and litigation.

The defendants and their counsel of record were also reminded of this court's guidance to settle early to avoid serious consequences that include sanctions and attorney discipline proceedings.

Respectfully submitted,

*/s/ Lynn Hust*
Lynn Ann Hust
Plaintiff, Pro Se

Copy to:

(1) Mark Jobson[1]; Assistant Attorney General; State of Washington, Torts Division; 7141 Clearwater Drive SW; PO Box 40126; Olympia, WA 98504-0126; (360) 586-6300

(2) Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.[2]; Attorneys At Law; 2674

---

[1] Counsel for (1) State of Washington; (2) Governor Christine O. Gregoire; and (3) Washington State Patrol.
[2] Representing defendants Battle Ground Police Department; City Council for the City of Battle

RW Johnson Blvd SW; Tumwater, WA 98512; Po Box 11880; Olympia, WA 98508-1880; (360) 754-3480 Fax: (360) 357-3511

(3) Davis Wright Tremaine LLP[3]; Law Offices; 1201 Third Avenue, Suite 2200; Seattle, Washington 98101-3045; (206) 622-3150; Fax: (206) 757-7700

---

Ground; Doe One Battle Ground Police Arresting Officer, May 1, 2006; Doe Two Battle Ground Police Arresting Officer, May 1, 2006; Doe Three Battle Ground Police Arresting Officer, June 13, 2006; and Doe Four Battle Ground Police Arresting Officer, June 13, 2006.
[3] Representing defendants The Associated Press and Casper Star-Tribune.