Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNN ANN HUST,<br><br>    Plaintiff,<br><br>    v.<br><br>(1) The State of Wyoming;<br>(2) The State of Washington;<br>(3) Dave Freudenthal, Governor of the State of Wyoming;<br>(4) Christine O. Gregoire, Governor of the State of Washington;<br>(5) Richard C. Bohling, Prosecuting Attorney for Albany County, State of Wyoming;<br>(6) Gwendolyn K. Smith, Police Officer, Laramie Police Department, City of Laramie, State of Wyoming;<br>(7) A. Joe Hageman, Attorney and City Council Member, City of Laramie, State of Wyoming;<br>(8) City Council. The City of Laramie. County of Albany, State of Wyoming;<br>(9) County Board of Commissioners, The County of Albany, State of Wyoming;<br>(10) Second Judicial Circuit Court, County of Albany. State of Wyoming;<br>(11) Laramie Police Department, City of Laramie, Wyoming;<br>(12) Albany County Sheriffs | No. C08-5501 RBL<br><br>DECLARATION OF<br>BERNARD F. VELJACIC<br>IN SUPPORT OF<br>MOTION TO STAY DISCOVERY<br>BY CLARK COUNTY AND BATTLE GROUND DEFENDANTS |

DECLARATION OF BERNARD F. VELJACIC
Page - 1 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

Department, County of Albany, State of Wyoming;
(13) Battle Ground Police Department, City of Battle Ground, State of Washington;
(14) Clark County Sheriff's Department, County of Clark, State of Washington;
(15) Office of the Clark County Prosecuting Attorney, County of Clark, State of Washington;
(16) District Court, County of Clark, State of Washington;
(17) Superior Court, County of Clark, State of Washington;
(18) County Board of Commissioners, County of Clark, State of Washington;
(19) City Council, The City of Battle Ground, State of Washington;
(20) Washington State Patrol, State of Washington;
(21) Laramie Plains Community Federal Credit Union;
(22) Laramie Boomerang;
(23) Casper Star-Tribune, Casper, Wyoming;
(24) News Corporation;
(25) Media News Group;
(26) The Associated Press;
(27) Arthur David Curtis, Prosecutor, Clark County, Washington;
(28) Doe One Battle Ground Police Arresting Officer, May 1, 2006;
(29) Doe Two Battle Ground Police Arresting Officer, May 1, 2006;
(30) Doe Three Battle Ground Police Arresting Officer, June 13, 2006;
(31) Doe Four Battle Ground Police Arresting Officer, June 13, 2006,
Defendants.
        Defendants.

DECLARATION OF BERNARD F. VELJACIC
Page - 2 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

1. The undersigned is of counsel for the Clark County Defendants.

2. In that capacity, your declarant has reviewed and answered the complaint in the above-captioned action.

3. The facts set forth in the defendants' motion for stay of discovery are true according to the information and belief of the undersigned declarant after a reasonable investigation thereof.

4. This declaration is made in Vancouver, Clark County, Washington.

DATED this 23rd day of October, 2008.

> s/Bernard F. Veljacic, WSBA #28702
> Attorney for Defendants
> Clark County Prosecuting Attorney, Civil Division
> PO Box 5000
> Vancouver WA 98666-5000
> Telephone: (360) 397-2478
> Facsimile: (360) 397-2184
> bernard.veljacic@clark.wa.gov

## CERTIFICATE OF SERVICE

I, Thelma Kremer, hereby certify that on this 23rd day of October, 2008, I electronically filed the foregoing *Declaration of Bernard F. Veljacic* in support of *Motion to Stay Discovery by Clark County and Battle Ground Defendants* with the Clerk of the Court using the CM/ECF system, who will electronically send notice to the plaintiff.

> s/Thelma Kremer
> Clark County Prosecutor's Office
> Civil Division

DECLARATION OF BERNARD F. VELJACIC
Page - 3 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)