Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

LYNN ANN HUST,

       Plaintiff,

       v.

(1) The State of Wyoming;
(2) The State of Washington;
(3) Dave Freudenthal, Governor of the
State of Wyoming;
(4) Christine O. Gregoire, Governor of
the State of Washington;
(5) Richard C. Bohling, Prosecuting
Attorney for Albany County, State
of Wyoming;
(6) Gwendolyn K. Smith, Police Officer,
Laramie Police Department, City of
Laramie, State of Wyoming;
(7) A. Joe Hageman, Attorney and City
Council Member, City of Laramie,
State of Wyoming;
(8) City Council. The City of Laramie.
County of Albany, State of Wyoming;
(9) County Board of Commissioners,
The County of Albany, State of
Wyoming;
(10) Second Judicial Circuit Court,
County of Albany. State of Wyoming;
(11) Laramie Police Department, City
of Laramie, Wyoming;
(12) Albany County Sheriffs

No. C08-5501 RBL

(PROPOSED)
ORDER GRANTING MOTION
TO STAY DISCOVERY

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

Department, County of Albany, State
of Wyoming;
(13) Battle Ground Police Department,
City of Battle Ground, State of
Washington;
(14) Clark County Sheriff's
Department, County of Clark, State of
Washington;
(15) Office of the Clark County
Prosecuting Attorney, County of Clark,
State of Washington;
(16) District Court, County of Clark,
State of Washington;
(17) Superior Court, County of Clark,
State of Washington;
(18) County Board of Commissioners,
County of Clark, State of Washington;
(19) City Council, The City of Battle
Ground, State of Washington;
(20) Washington State Patrol, State of
Washington;
(21) Laramie Plains Community
Federal Credit Union;
(22) Laramie Boomerang;
(23) Casper Star-Tribune, Casper,
Wyoming;
(24) News Corporation;
(25) Media News Group;
(26) The Associated Press;
(27) Arthur David Curtis, Prosecutor,
Clark County, Washington;
(28) Doe One Battle Ground Police
Arresting Officer, May 1, 2006;
(29) Doe Two Battle Ground Police
Arresting Officer, May 1, 2006;
(30) Doe Three Battle Ground Police
Arresting Officer, June 13, 2006;
(31) Doe Four Battle Ground Police
Arresting Officer, June 13, 2006,
Defendants.
          Defendants.

ORDER GRANTING MOTION TO STAY DISCOVERY
Page - 2 of 3

This matter is before the Court on the joint motion of the Clark County and Battle Ground Defendants for the entry of an Order granting a stay of all discovery, including the discovery conference, initial disclosures, initiation of discovery and joint status report-discovery plan pending ruling on dispositive motions. The Court has considered the pleadings filed in support and in opposition to the motion and has determined that the Defendants' motion should be granted.

Therefore, it is hereby;

**ORDERED** that the Defendants' motion for stay of discovery is **granted** and the date for initiation of discovery is hereby stayed until 30 days following the court's ruling on the dispositive motions. The joint status report is hereby stayed until 45 days following the court's ruling on the dispositive motions. Further, the defendants' dispositive motions are to be submitted to court no later than _____.

DATED this _____ day of _____, 2008.

_____
Honorable Ronald B. Leighton
United States District Judge

Presented by:

s/Bernard F. Veljacic, WSBA #28702
Deputy Prosecuting Attorney
Of Attorneys for Clark County Defendants

s/John E. Justice, WSBA #23042
Law, Lyman, Daniel, Kamerrer & Bogdanovich, PS
Attorney for Battle Ground Defendants

## CERTIFICATE OF SERVICE

I, Thelma Kremer, hereby certify that on this 23rd day of October, 2008, I electronically filed the foregoing *(Proposed) Order Granting Motion to Stay Discovery* with the Clerk of the Court using the CM/ECF system, who will electronically send notice to the plaintiff.

s/Thelma Kremer
Clark County Prosecutor's Office
Civil Division

ORDER GRANTING MOTION TO STAY DISCOVERY
Page - 3 of 3