Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNN ANN HUST,<br><br>    Plaintiff,<br><br>    v.<br><br>(1) The State of Wyoming;<br>(2) The State of Washington;<br>(3) Dave Freudenthal, Governor of the State of Wyoming;<br>(4) Christine O. Gregoire, Governor of the State of Washington;<br>(5) Richard C. Bohling, Prosecuting Attorney for Albany County, State of Wyoming;<br>(6) Gwendolyn K. Smith, Police Officer, Laramie Police Department, City of Laramie, State of Wyoming;<br>(7) A. Joe Hageman, Attorney and City Council Member, City of Laramie, State of Wyoming;<br>(8) City Council. The City of Laramie. County of Albany, State of Wyoming;<br>(9) County Board of Commissioners, The County of Albany, State of Wyoming;<br>(10) Second Judicial Circuit Court, County of Albany. State of Wyoming;<br>(11) Laramie Police Department, City of Laramie, Wyoming;<br>(12) Albany County Sheriffs | No. C08-5501 RBL<br><br>ORDER GRANTING MOTION<br>TO STAY DISCOVERY |

ORDER GRANTING MOTION TO STAY DISCOVERY
Page - 1 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

Department, County of Albany, State of Wyoming;
(13) Battle Ground Police Department, City of Battle Ground, State of Washington;
(14) Clark County Sheriff's Department, County of Clark, State of Washington;
(15) Office of the Clark County Prosecuting Attorney, County of Clark, State of Washington;
(16) District Court, County of Clark, State of Washington;
(17) Superior Court, County of Clark, State of Washington;
(18) County Board of Commissioners, County of Clark, State of Washington;
(19) City Council, The City of Battle Ground, State of Washington;
(20) Washington State Patrol, State of Washington;
(21) Laramie Plains Community Federal Credit Union;
(22) Laramie Boomerang;
(23) Casper Star-Tribune, Casper, Wyoming;
(24) News Corporation;
(25) Media News Group;
(26) The Associated Press;
(27) Arthur David Curtis, Prosecutor, Clark County, Washington;
(28) Doe One Battle Ground Police Arresting Officer, May 1, 2006;
(29) Doe Two Battle Ground Police Arresting Officer, May 1, 2006;
(30) Doe Three Battle Ground Police Arresting Officer, June 13, 2006;
(31) Doe Four Battle Ground Police Arresting Officer, June 13, 2006, Defendants.

Defendants.

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)

This matter is before the Court on the joint motion of the Clark County and Battle Ground Defendants for the entry of an Order granting a stay of all discovery, including the discovery conference, initial disclosures, initiation of discovery and joint status report-discovery plan pending ruling on dispositive motions. The Court has considered the pleadings filed in support and in opposition to the motion, and has determined that the Defendants' motion should be granted.

Therefore, it is hereby;

**ORDERED** that the Defendants' motion for stay of discovery is **granted** and the date for initiation of discovery is hereby stayed until 30 days following the court's ruling on the dispositive motions. The joint status report is hereby stayed until 45 days following the court's ruling on the dispositive motions. Further, the defendants' dispositive motions are to be submitted to court no later than January 15, 2009.

DATED this 21st day of November, 2008.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Presented by:

s/Bernard F. Veljacic, WSBA #28702
Deputy Prosecuting Attorney
Of Attorneys for Clark County Defendants

*s/*John E. Justice, WSBA #23042
Law, Lyman, Daniel, Kamerrer & Bogdanovich, PS
Attorney at Battle Ground Defendants

ORDER GRANTING MOTION TO STAY DISCOVERY
Page - 3 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1013 FRANKLIN ST.• PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(360) 397-2478 (OFFICE) / (360) 397-2184 (FAX)