# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

LYNN ANN HUST,

     v.

STATE OF WYOMING, et al.,            CASE NUMBER: C08-5122RBL

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Because the complaint was filed more than two years after the articles were published, all of plaintiff's claims against the media defendants are **DISMISSED WITH PREJUDICE.**

The Court declines to accept supplemental jurisdiction over any remaining state law claims, including those state law claims against A. Joe Hageman and Laramie Plains Community Federal Credit Union.

MOTION to Dismiss by Defendants Clark County Prosecuting Attorney's Office, Clark County Sheriff's Department, Office of the Clark County Prosecuting Attorney, District Court, Superior Court, County Board of Commissioners, Arthur David Curtis is **GRANTED.**

Because the non-moving parties are in the identical position as those defendants who have brought motions to dismiss, the action as against all non-moving defendants is likewise **DISMISSED WITHOUT PREJUDICE.** The Motion for Summary Judgment filed by the Battle Ground defendants is **DENIED AS MOOT.** Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

*DATED :* January 12, 2009

                                                      BRUCE RIFKIN
                                                 *Clerk*

                                                 /s/ Jean Boring
                                            *(By) Deputy Clerk*, Jean Boring